■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT A. WALTERS, Appellant. (Appeal No. 2.) [60 NYS3d 874]—Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered May 15, 2014. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Walters* ([appeal No. 1] 153 AD3d 1629 [2017]). Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.